# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACR 12-0242-DOC | Date | May 23, 2013 |

Present: The Honorable **David O. Carter, U.S. District Judge**

Interpreter: None

| Julie Barrera | Deborah Parker | Ann Wolf |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| ARASH DURRANI | X | | X | Stefan E. Sacks | X | | X |

**Proceedings:** CHANGE OF PLEA TO COUNT ONE OF THE INDICTMENT

Defendant moves to change plea to the Single-Count Indictment.

Defendant sworn and states true name as charged.

Defendant enters new and different plea of GUILTY to the Single-Count Indictment.

The Court questions the defendant regarding plea of GUILTY and FINDS that a factual basis has been laid and Further FINDS the plea is knowledgeable and voluntarily made. The Court ORDERS the plea accepted and entered.

The Court refers the defendant to the Probation Office for investigation and report and the matter is continued to September 16, 2013 at 1:30 p.m. for sentencing.

The Court ORDERS the Status Conference and Jury Trial vacated.

                                                                                    :    15

Initials of Deputy Clerk    jcb

cc: USPO, PSA