# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - SENTENCING AND JUDGMENT

| Case No. | SACR 12-0242-DOC | Date | January 15, 2014 |
|---|---|---|---|

Present: The Honorable   DAVID O. CARTER, UNITED STATES DISTRICT JUDGE

| Julie Barrera | Maria Dellaneve, Debbie Gale | Ann Wolf |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| ARASH DURRANI | ☐ | X | Stefan E. Sacks | X | ☐ | ☐ | None |

**PROCEEDINGS:**        **SENTENCING AND JUDGMENT HEARING**      X    **Evidentiary**       ☐ **Non-Evidentiary**

**Day ___ (if continued from a prior hearing date)**

____ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.          X  Refer to separate Judgment Order.

____ Imprisonment for   Years/months   on each of counts

____ Count(s) _____ concurrent/consecutive to count(s) _____

____ Fine of  $ _____ is imposed on each of count(s) concurrent/consecutive.

____ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____

____ Confined in jail-type institution for _____ to be served on consecutive days/weekends commencing _____

____ years/months Supervised Release/Probation imposed on count(s) _____

____ consecutive/concurrent to count(s) _____

under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:

____ Perform _____ hours of community service.

____ Serve _____ in a CCC/CTC.

____ Pay     $ _____ fine amounts & times determined by P/O.

____ Make     $ _____ restitution in amounts & times determined by P/O.

____ Participate in a program for treatment of narcotic/alcohol addiction.

____ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.

____ Other conditions:

____ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision.  The Court finds the defendant does not have the ability to pay.

____ Pay     $ _____ per count, special assessment to the United States for a total of _____           $ _____

____ Imprisonment for   months/years   and for a study pursuant to 18 USC _____ with results to be furnished to the Court within     days/months     whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____

____ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.

X  Defendant informed of right to appeal.

____ ORDER sentencing transcript for Sentencing Commission.       ____ Processed statement of reasons.

X  Bond exonerated       X  upon surrender       ____ upon service of _____

X  Execution of sentence is stayed until 12 noon,     on March 3, 2014

at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal located at 411 West Fourth Street, Suite 4170, Santa Ana, California, 92701-4516.

____ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.

____ Issued Remand/Release     # _____

____ Present bond to continue as bond on appeal.       ____ Appeal bond set at     $ _____

____ Filed and distributed judgment.  ENTERED.

X  Other     Prior to Sentencing, evidentiary hearing held.  Witnesses were called, sworn, testified and excused.  Exhibits were identified and entered into evidence. Arguments heard and the Court made findings on the record.  Witness List filed. Exhibit List filed.

|  | 4 | : | 49 |
|---|---|---|---|
| Initials of Deputy Clerk | jcb | | |

cc: USPO, USMO, PSA